UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| BILLIE J. HARPER | : | DOCKET NO. 02-0869 |
|---|---|---|
| VS. | : | JUDGE TRIMBLE |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY | : | MAGISTRATE JUDGE WILSON |

## ORDER

Before the court is plaintiff's Petition to Fix and Allow Attorney's Fees pursuant to 42 U.S.C. § 406(b). [doc. # 21]. In applying § 406(b), the courts are required to review the arrangement to ensure reasonable results. *Gisbrecht v. Barnhart*, 535 U.S. 789, 122 S.Ct. 1817 (2002). "Agreements are unenforceable to the extent that they provide for fees exceeding 25 percent of the past-due benefits." *Id*.

In the case *sub judice*, the claimant appears to have been awarded $ 99,746.25 in past due benefits. (Pl. Exhs.). Twenty-five percent of that sum is $ 24,936. Yet, the Commissioner withheld $34,192.25 to pay claimant's attorney. (Pl. Exhs.). Moreover, claimant's attorney seeks a fee judgment of $ 27,353.80.[1] The fees claimed exceed 25 % of the apparent past due benefit award. Within the next 11 days from today, plaintiff's counsel shall provide further explanation, authority, and evidence to support his claim. Failure to do so, may result in denial of the petition.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, on September 15, 2006.

ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel filed a separate petition with the Commissioner for a fee award of $ 6,838.45. (Petition, pg. 3).