RECEIVED
IN LAKE CHARLES, LA

NOV - 3 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| BILLIE J. HARPER | : | DOCKET NO. 02-0869 |
|---|---|---|
| VS. | : | JUDGE TRIMBLE |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

It is ORDERED that plaintiff's Petition to Fix and Allow Attorney's Fees. [doc. # 21] be, and it is hereby GRANTED. The § 406(b) fees are fixed at $ 19,949.25

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 3rd day of November, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE